**In the Matter of William T. SMITH.**

**No. 502, Disciplinary Docket**
**No. 2—Supreme Court.**
**No. 69 DB 85 Disciplinary Board.**

Supreme Court of Pennsylvania.

Oct. 2, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 2nd day of October, 1995, upon consideration of the Report and Recom-

mendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated August 23, 1995, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

CASTILLE, J., dissents.

MONTEMURO, J., is sitting by designation.